United States District Court
Southern District of Texas
**ENTERED**
April 20, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SOLOMON VIJAYA KUMAR, *et al* | § |
| | § |
| VS | § CIVIL ACTION NO. H-23-73 |
| | § |
| ANTONY J. BLINKEN, *in his official* | § |
| *capacity as* Secretary of the U.S. | § |
| Department of State, *et al* | § |

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal filed on March 2, 2023 (Doc. No. 7), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this ____19th____ day of April 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE